**Harold H. HODGE, Jr., next of kin and friends of B.N.H. and B.S.H.; Chante' N. Hodge, next of kin or friends of B.N.H. and B.S.H., Plaintiffs—Appellants,**

v.

**CALVERT COUNTY PUBLIC SCHOOLS; Robert L. Gray, CCPS, Board Member President; Robin Welsh, CCPS, Assistant Superintendent; Kimberly H. Roof, CCPS, Director of Student Services; Kevin Michael, CCPS, Director of Personnel and Employee Relations; William J. Phalen, Sr., CCPS, Board Member;**

Saint Leonard Elementary School; Dennis Vogel, SLES, Vice Principal; Marjorie Reardon, SLES, Schools' Registered Nurse; Beverly Buehler, SLES, Schools' Secretary; Toni Chapman, SLES, Principal; Southern Middle School; Kevin McDowell, SMS Gym Teacher, Defendants—Appellees.

No. 08–1256.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 21, 2008.

Decided: Oct. 23, 2008.

Harold H. Hodge, Jr., Chante' N. Hodge, Appellants Pro Se.

Before MICHAEL, TRAXLER, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Harold Hodge, Jr. and Chante' N. Hodge, individually and as parents of B.N.H. and B.S.H., appeal the district court's order dismissing their civil action alleging discrimination, constitutional violations, and medical malpractice. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Hodge v. Calvert County Public Schools, et al.,* No. 8:07–cv–03207–RWT (D.Md. Feb. 1, 2008). We also deny the motion to amend the informal brief. We dispense with oral argument because the facts and legal contentions are adequately presented in the ma-

terials before the court and argument would not aid the decisional process.

*AFFIRMED.*